ACCEPTED
01-15-00152-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 1:44:20 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-15-00152-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/4/2015 1:44:20 PM
CHRISTOPHER A. PRINE
Clerk

HOUSTON, TEXAS

DONALD B. MULLINS and BLUE SKY RIGHT OF WAY, L.L.C.
Appellants

v.

MARTINEZ R.O.W., LLC f/k/a MARTINEZ INVESTMENTS
Appellee

Appealed from the 149th Judicial District Court
of
Brazoria County, Texas

---

MOTION TO EXTEND DEADLINE
TO FILE APPELLANTS'
BRIEF

---

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants, DONALD B. MULLINS ("Mullins"), and BLUE SKY RIGHT

OF WAY, L.L.C. ("Blue Sky"), file this Motion to Extend Deadline to File

Appellant's Brief, and in support thereof state as follows:

## I.    BASES FOR THE MOTION

In the above-styled case, the Clerk's Record was filed on April 24, 2015.

Therefore, the Appellants' Initial Brief is now due on May 26, 2015.

Appellants have ascertained that a short Reporter's Record exists for November 10, 2014, and February 10, 2015, i.e. the relevant hearing dates in the trial court for the orders and judgment on appeal. At this time, the court reporter is recording testimony for a trial, estimated to require at least one additional week, and has been unable to provide the cost to prepare the referenced hearing transcripts. Appellants will arrange for their preparation and delivery to the court when the cost estimate is received.

In addition, the undersigned counsel will be out of the office and on vacation from May 21 – June 2, 2015. The undersigned has also filed a Harris County Vacation Letter that includes the weeks of June 1 – 12, 2015.

Appellants' Initial Brief will require detailed preparation and multiple references to the appellate record. Accordingly, Appellants request an extension of the Appellants' initial briefing deadline through June 30, 2015, to (1) permit the filing of the Reporter's Record, and (2) allow adequate time thereafter for preparation of Appellants' Initial Brief.

This motion is the Appellants' first request to extend the initial briefing deadline. The parties have conferred and the motion is not opposed.

## II. RELIEF SOUGHT

For the foregoing reasons, Mullins and Blue Sky seek an extension of the filing deadline for their Initial Brief, through and including June 30, 3015.

WHEREFORE, Appellants Mullins and Blue Sky pray that their motion be granted, and for such other and further relief as the court deems just.

Respectfully Submitted,

/s/ Patrick F. Timmons, Jr.
Patrick F. Timmons, Jr.
TBN 20049500
8556 Katy Freeway, Suite 120
Houston, Texas 77024-1806
pft@timmonslawfirm.com
(713)465-7638 telephone
(713)465-9527 facsimile

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that a true and correct copy has been delivered to Mr. David P. Boyce, Wright & Greenhill, P.C , 221 West 6th Street, Suite 1800, Austin, Texas 78701, 512-476-5382, on this 4th day of May, 2015, by telecopy and electronic filing.

/s/ Patrick F. Timmons, Jr.
Patrick F. Timmons, Jr.
